No. 474. McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK, *v.* A. H. DuGRENIER, INC. ET AL. December 4, 1939. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner. *Messrs. John H. Jackson* and *Haig H. Davidian*

546

for respondents.

